# United States District Court
## Southern District of Georgia
### Augusta Division

ALBERT DUNHAM, As Administrator of the
Estate of Elizabeth Dunham

    CASE NUMBER  CV 106-92

vs

UTI INTEGRATED LOGISTICS, INC.;
UNITED STATES FIRE INSURANCE
COMPANY and GREGORY A. LARRYMORE

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this _____9_____ day of _____August_____, 2007.

                JUDGE, UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA